NUMBER 13-02-676-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

____________________________________________________________________


IN THE INTEREST OF K.R.A., A MINOR CHILD

____________________________________________________________________
On appeal from the 156th District Court

of Aransas County, Texas.

____________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam



 This cause is before the Court on the district clerk's notice of appeal form and a copy of appellant's notice of appeal
pursuant to section 201.015 of the Texas Family Code. Upon further review of the documents on file, it appears that this
was an appeal to the referring court under section 201.015, and the notice of appeal was incorrectly filed in this Court. 
Accordingly, the purported appeal is DISMISSED.

PER CURIAM

Opinion delivered and filed this

the 17th day of April, 2003 .

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to
Tex. Gov't Code Ann. § 74.003 (Vernon 1998).